**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WESLEY BERNAL-MORENO, | Case No.: 2:25-cv-02029-APG-DJA |
| Plaintiff | **Order Striking Certificate of Interested Parties** |
| v. | |
| LVGV, LLC, et al., | |
| Defendants | |

I ORDER that plaintiff Wesley Bernal-Moreno's certificate of interested parties (ECF No. 6) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the plaintiff's citizenship as required by that rule.

I FURTHER ORDER the plaintiff to file a proper certificate of interested parties by December 1, 2025.

DATED this 17th day of November, 2025.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE