MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for LVGV, LLC; Penn Entertainment, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Wesley Bernal-Moreno, an individual<br><br>Plaintiff,<br><br>vs.<br><br>LVGV, LLC dba M Resort, M Resort Spa Casino, and The Vig Deli; Penn Entertainment, Inc., a foreign corporation; The Burks Companies, Inc., a foreign corporation; and Does I through X; and Roe Business Entities XI - XX, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-02029<br><br>**Stipulation and Order for LVGV, LLC to Amend Answer and Assert Cross-Claim** |

The parties stipulate that LVGV may amend its answer and file the proposed crossclaim attached as Exhibit A.

DATED this 13th day of July, 2026.

BY: */s/ Michael Lowry*
MICHAEL P. LOWRY
Nevada Bar No. 10666
JONATHAN C. PATTILLO
Nevada Bar No. 13929
Attorneys for LVGV, LLC; Penn Entertainment, Inc.

**DATED:** July 13, 2026.

**GINA CORENA & ASSOCIATES**

*/s/ Kristie L. Fischer*
**Gina M. Corena, Esq.**
Nevada Bar No. 10330
**Kristie L. Fischer, Esq.**
Nevada Bar No. 11693
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

**DATED:** July 13, 2026.

WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

*/s/ Michael P. Lowry*
**Michael P. Lowry, Esq.**
Nevada Bar No. 10666
**Jonathan C. Pattillo, Esq.**
Nevada Bar No. 13929
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
*Attorneys for Defendant,*
*LVGV, LLC*

**DATED:** July 8, 2026.

**HALL & EVANS, LLC**

*/s/ Adam Knecht*
**Adam R. Knecht, Esq.**
Nevada Bar No. 13166
1160 North Town Center Dr., Suite 330
Las Vegas, Nevada 89144
*Attorneys for Defendant,*
*The Burks Companies, Inc.*

**ORDER**

IT IS SO ORDERED.

______________________________
**UNITED STATES MAGISTRATE JUDGE**
DATED: 7/15/2026



326257568v.1

# Exhibit A

## LVGV, LLC's Answer to Amended Complaint and Cross-Claim

WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for LVGV, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Wesley Bernal-Moreno, an individual<br><br>Plaintiff,<br><br>vs.<br><br>LVGV, LLC dba M Resort, M Resort Spa Casino, and The Vig Deli; Penn Entertainment, Inc., a foreign corporation; The Burks Companies, Inc., a foreign corporation; and Does I through X; and Roe Business Entities XI - XX, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-02029<br><br>**LVGV, LLC's Answer to Amended Complaint and Cross-Claim** |

1. LVGV, LLC lacks information sufficient to determine whether the allegations in this paragraph are accurate and thus denies them at this time.
2. LVGV, LLC admits the allegations in this paragraph except for the allegation that it owns M Resort.
3. LVGV admits Penn Entertainment is a Pennsylvania entity with its principal place of business in Pennsylvania. LVGV denies the remaining allegations in this paragraph.
4. Admit.
5. LVGV, LLC lacks information sufficient to determine whether the allegations in this paragraph are accurate and thus denies them at this time.
6. Deny.

7. LVGV, LLC repeats its responses to the prior paragraphs.
8. LVGV admits it is subject to jurisdiction in Nevada.
9. LVGV admits it has minimum contacts with Nevada sufficient to support jurisdiction. It cannot answer for the other defendants.
10. LVGV admits it is subject to jurisdiction in Nevada. It cannot answer for the other defendants.
11. Admit.
12. Admit.
13. LVGV, LLC lacks information sufficient to determine whether the allegations in this paragraph are accurate and thus denies them at this time.
14. LVGV, LLC repeats its responses to the prior paragraphs.
15. Admit.
16. LVGV admits Plaintiff fell while on property. It denies the remaining allegations in this paragraph.
17. LVGV admits it operates and maintains The Vig Deli. It denies the remaining allegations in this paragraph.
18. Deny.
19. LVGV admits it had a contract with The Burks Companies for certain services. It denies the remaining allegations in this paragraph.
20. LVGV admits it had a duty as defined by Nevada law, but it denies this paragraph accurately states that duty. LVGV denies the remaining allegations in this paragraph.
21. This paragraph contains no allegations directed at LVGV.
22. LVGV admits it had a duty as defined by Nevada law, but it denies this paragraph accurately states that duty. LVGV denies the remaining allegations in this paragraph.
23. Deny.
24. Deny.
25. Deny.
26. Deny.

27. Deny.

28. Deny.

29. Deny.

30. No employees are identified in this paragraph, so LVGV presently cannot admit or deny the allegations in this paragraph.

31. Deny.

32. Deny.

33. Deny.

34. Deny.

35. LVGV, LLC repeats its responses to the prior paragraphs.

36. Deny.

37. Deny.

38. Deny.

39. Deny.

40. Deny.

41. LVGV admits it had a duty as defined by Nevada law, but it denies this paragraph accurately states that duty.

42. Deny.

43. LVGV cannot admit or deny the allegations in this paragraph because no statute, ordinance, or regulation is identified.

44. LVGV cannot admit or deny the allegations in this paragraph because no statute, ordinance, or regulation is identified.

45. LVGV cannot admit or deny the allegations in this paragraph because no statute, ordinance, or regulation is identified.

46. Deny.

47. Deny.

48. Deny.

49. Deny.

50. LVGV, LLC repeats its responses to the prior paragraphs.

51. LVGV admits it had a duty as defined by Nevada law, but it denies this paragraph accurately states that duty.

52. Deny.

53. Deny.

54. Deny.

55. Deny.

56. Deny.

57. Deny.

58. Deny.

59. Deny.

60. Deny.

**Affirmative Defenses**

1. Plaintiff was comparatively negligent.
2. The hazard Plaintiff alleges was open and obvious.
3. The event alleged in the complaint was caused by an intervening, superseding cause.
4. The event alleged in the complaint was solely caused by a non-party.
5. Plaintiff did not mitigate damages.

**Request for Relief**

LVGV, LLC requests the complaint be dismissed with prejudice.

**Cross-claim Against The Burks Companies, Inc.**

1. LVGV incorporates the factual allegations of Plaintiff's complaint for reference.
2. LVGV had a contract in place with The Burks Companies, Inc. that was in place and force when Plaintiff alleges she fell.
3. In relevant part, this contract applied to the area where the plaintiff alleges she fell. The Burks Companies, Inc.'s scope of work included inspecting and remedying potential slip and fall hazards like Plaintiff alleges in her complaint.

4. The contract also obligates The Burks Companies, Inc. to defend and indemnify LVGV in the event of a lawsuit like this one. LVGV has tendered its defense to The Burks Companies, Inc., who has not accepted it.
5. As a result, LVGV alleges The Burks Companies, Inc. has breached its contract and damages LVGV.
6. LVGV is further entitled to express indemnity because of its contract with The Burks Companies, Inc.
7. If the contract with The Burks Companies, Inc. is deemed invalid for any reason, then LVGV alleges it is entitled to implied indemnity from The Burks Companies, Inc. The obligation for implied indemnity arises from the pre-existing relationship between the two companies that obligated The Burks Companies, Inc. to protect LVGV.
8. Finally, LVGV alternatively alleges it is entitled to contribution from The Burks Companies, Inc. should the other three causes of action in this crossclaim be denied.

**Request for Relief**

LVGV, LLC requests that it be awarded the relief sought in its crossclaim.

DATED this ___ date of July, 2026

WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

BY: */s/ DRAFT*
MICHAEL P. LOWRY
Nevada Bar No. 10666
JONATHAN C. PATTILLO
Nevada Bar No. 13929
Attorneys for LVGV, LLC