WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
CHRIS J. RICHARDSON, ESQ.
Nevada Bar No. 9166
E-mail: Chris.Richardson@wilsonelser.com
JORGE A. RAMIREZ, ESQ.
Nevada Bar No. 6787
E-mail: Jorge.Ramirez@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for LVGV, LLC

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| Wesley Bernal-Moreno, an individual<br><br>Plaintiff,<br><br>vs.<br><br>LVGV, LLC dba M Resort, M Resort Spa Casino, and The Vig Deli; Penn Entertainment, Inc., a foreign corporation; The Burks Companies, Inc., a foreign corporation; and Does I through X; and Roe Business Entities XI - XX, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-2029<br><br>**Defendants' Motion to Remove from Service List** |

Defendants request to remove attorney Michael Lowry and Jonathan Pattillo from the CM/ECF electronic service list. Chris Richardson and Jorge Ramirez have replaced them as defense counsel.

DATED this 17th date of September, 2026

WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

BY: */s/ Chris Richardson*
CHRIS J. RICHARDSON, ESQ.
Nevada Bar No. 9166
JORGE A. RAMIREZ, ESQ.
Nevada Bar No. 6787
Attorneys for LVGV, LLC

## Certificate of Service

Pursuant to NRCP 5, I certify that I am an employee of Wilson Elser Moskowitz Edelman & Dicker LLP, and that on September 17, 2026, I served **Defendants' Motion to Remove from Service List** as follows:

☐ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☒ via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk;

| | |
|---|---|
| GINA CORENA & ASSOCIATES<br>300 S. Fourth Street, Suite 1400<br>Las Vegas, Nevada 89101<br>Attorneys for Plaintiff | |

BY: */s/ Katrina Leaver*
An Employee of
WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

IT IS SO ORDERED.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: September 18, 2026